**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **AJAH THOMAS NGONDE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:26-cv-0364-E-BK |
| | § | |
| **LUPUS SUPERIOR LLC and LUKA** | § | |
| **SILVAROVICH,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 4).

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 3) is **DISMISSED without prejudice** for lack of subject matter jurisdiction. Furthermore, the Plaintiff's request to withdraw the civil suit is **DENIED** as moot (ECF No. 7).

**SO ORDERED** this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE